AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

Northern                    DISTRICT OF                    New York

Amado Brito

### JUDGMENT IN A CIVIL CASE

V.

Supt. Hollins, Oneida CF; Supt. Burge, Auburn
CF; H. Moss, CO, Oneida CF; Amina Ahsan,
Health Services; Ann Driscoll, Nurse, Auburn CF

Case Number:        9:02-cv-1410

x  **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has
rendered its verdict.

G  **Decision by Court.** This action came to trial or hearing before the Court.  The issues have been tried or heard and
a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The jury finds no cause for action as to the remaining claim of deliberate indifference to a serious medical need as to
defendants Hollins, Burge, Ahsan and Driscoll.

The jury finds no cause for action as to the remaining claim of retaliation as to defendants Hollins, Burge, Moss and
Driscoll.

The jury finds no cause for action as to the remaining claim of battery as to defendant Moss.

All of the above pursuant to a jury verdict rendered before the Hon. Frederick J. Scullin, Jr. on November 8, 2006.

November 15, 2006                              Lawrence K. Baerman
Date                                          Clerk


(By) Deputy Clerk
s/Barbara J. Woodford